FRANK SAMUEL et al., Doing Business under the Firm Name of FRANK SAMUEL, Respondents, *v.* HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant.

*Samuel* v. *Holbrook, Cabot & Rollins Corporation,* 156 App. Div. 485, affirmed.

(Argued April 26, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action in trover for the conversion of one hundred tons of pig iron of the value of $2,400, alleging both a wrongful taking of the iron and a demand and refusal. The answer denied all of the allegations of the complaint except the allegation that the plaintiffs had demanded of the defendant the said iron or its value. While the answer thus admitted the demand, it denied that the defendant refused to give up the iron or its value.

41

*Thomas E. O'Brien* and *Thomas F Conway* for appellant.

*Frederick C. McLaughlin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.